**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Norberto Lopez Meza,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No.: 2:26-cv-02356-JAD-DJA<br><br>**Order Granting Motions for Limited Discovery and Extension of Time**<br><br>[ECF Nos. 10, 11] |

On August 5, 2026, I ordered the federal respondents in this immigration habeas case to produce various documents to petitioner's counsel, including all "transcripts or audio recordings of any custody redetermination proceedings" within seven days.[1] On September 4, 2026, petitioner Norberto Lopez Meza filed a motion for limited discovery, explaining that the respondents had produced some documents, but they did not produce transcripts or audio recordings from Meza's bond hearing or documents related to his application for permanent residency.[2] And on September 14, 2026, Meza filed a motion to extend time to file his first amended petition, contending that the respondents have still not produced these documents.[3]

Rule 6 of the Rules Governing Section 2254 Cases—which I apply to this § 2241 case[4]—states that a "judge may, for good cause, authorize a party to conduct discovery under the Federal Rules of Civil Procedure and may limit the extent of discovery." I find good cause to grant Meza limited discovery to obtain the documents that he seeks. They are integral to his habeas

[1] ECF No. 3.

[2] ECF No. 10.

[3] ECF No. 11.

[4] *See* Rule 1(b) of the Rules Governing § 2254 Cases ("The district court may apply any or all of these rules to a habeas corpus petition" other than one brought under § 2254.); ECF No. 3 at 4 n.5 (applying the rules § 2254 petitions to this § 2241 action).

petition and are in the federal respondents' sole custody and control. Plus, I have already ordered the respondents to provide some of these documents, but the respondents without explanation have failed to comply with that order.

IT IS THEREFORE ORDERED that the petitioner's motion for limited discovery **[ECF No. 10] is GRANTED. The federal respondents must produce the audio recording of the petitioner's bond hearing, his permanent-residency application, and any related documents by September 22, 2026.**

IT IS FURTHER ORDERED that, with good cause appearing, the petitioner's motion to extend time to file an amended habeas petition **[ECF No. 11] is GRANTED. The amended petition is due on September 29, 2026.**

U.S. District Judge Jennifer A. Dorsey
September 17, 2026